# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134926

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 134926
                                           COA: 268659
                                           Calhoun CC: 2005-000937-FH

ANDREW DAVID SHELDON,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008                                             
                                                      Clerk

t1217